UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30094-MAD

DAVID FRENCH,
TAMMY FRENCH,

      Plaintiffs

vs.

CORPORATE RECEIVABLES, INC.,
ERIC TURNER,

      Defendants

**ANSWER AND AFFIRMATIVE DEFENSES**

## JURISDICTION

1. Corporate Receivables, Inc. and Eric Turner (hereinafter "Defendants") admit the allegations contained in Paragraph 1.

## PARTIES

2. The Defendants are without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 2 of the Plaintiffs' Complaint.

3. The Defendants are without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 3 of the Plaintiffs' Complaint.

4. The Defendants admit the allegations contained in Paragraph 4.

5. The Defendants admit the allegations contained in Paragraph 5.

6. The Defendants admit the allegations contained in Paragraph 6.

7. The Defendants admit the allegations contained in Paragraph 7.

8. The Defendants admit the allegations contained in Paragraph 8.

9. The Defendants deny the allegations contained in Paragraph 9.

10. The Defendants deny the allegations contained in Paragraph 10.

BACON & WILSON, P.C.
ATTORNEYS AT LAW
33 STATE STREET
SPRINGFIELD, MA 01103
TELEPHONE (413) 781-0560
FAX (413) 739-7740

9 CHAPEL STREET
WESTFIELD, MA 01085
TELEPHONE (413) 562-9607
FAX (413) 562-7589

351 PLEASANT STREET
NORTHAMPTON, MA 01060
TELEPHONE (413) 584-3250
FAX (413) 586-0548

334 ELLA GRASSO TURNPIKE
WINDSOR LOCKS, CT 06096
TELEPHONE (860) 623-6482
FAX (860) 654-1948

11. The Defendants admit the allegations contained in Paragraph 11.

12. The Defendants admit the allegations contained in Paragraph 12.

13. The Defendants admit the allegations contained in Paragraph 13.

14. The Defendants admit the allegations contained in Paragraph 14.

15. The Defendants admit the allegations contained in Paragraph 15.

16. The Defendants admit the allegations contained in Paragraph 16.

## FACTS AND ALLEGATIONS

17. The Defendants admit the allegations contained in Paragraph 17.

18. The Defendants are without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 18 of the Plaintiffs' Complaint.

19. The Defendants are without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 19 of the Plaintiffs' Complaint.

20. The Defendants admits that Household Bank hired Corporate Receivables, Inc. to collect the debt, but denies Household Bank hired Eric Turner to collect the debt.

21. The Defendants admit the allegations contained in Paragraph 21.

22. The Defendants admit the allegations contained in Paragraph 22.

23. The Defendants admit the allegations contained in Paragraph 23.

24. The Defendants admit the allegations contained in Paragraph 24.

25. The Defendants deny the allegations contained in Paragraph 25.

26. The Defendants deny the allegations contained in Paragraph 26.

27. The Defendants deny the allegations contained in Paragraph 27.

28. The Defendants deny the allegations contained in Paragraph 28.

29. The Defendants deny the allegations contained in Paragraph 29.

30. The Defendants admit the allegations contained in Paragraph 30.

31. The Defendants deny the allegations contained in Paragraph 31.

32. The Defendants deny the allegations contained in Paragraph 32.

33. The Defendants deny the allegations contained in Paragraph 33.

34. The Defendants are without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 34 of the Plaintiffs' Complaint.

35. The Defendants admit the allegations contained in Paragraph 35.

36. The Defendants deny the allegations contained in Paragraph 36.

37. The Defendants deny the allegations contained in Paragraph 37.

38. The Defendants deny the allegations contained in Paragraph 38.

39. The Defendants admit the allegations contained in Paragraph 39.

40. The Defendants deny the allegations contained in Paragraph 40.

41. The Defendants are without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 41 of the Plaintiffs' Complaint.

42. The Defendants are without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 42 of the Plaintiffs' Complaint.

43. The Defendants are without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 43 of the Plaintiffs' Complaint.

44. The Defendants deny the allegations contained in Paragraph 44.

45. The Defendants deny the allegations contained in Paragraph 45.

46. The Defendants deny the allegations contained in Paragraph 46.

47. The Defendants deny the allegations contained in Paragraph 47.

48. The Defendants deny the allegations contained in Paragraph 48.

49. The Defendants deny the allegations contained in Paragraph 49.

50. The Defendants deny the allegations contained in Paragraph 50.

51. The Defendants deny the allegations contained in Paragraph 51.

52. The Defendants deny the allegations contained in Paragraph 52.

## COUNT I

53. The Defendants restate and reallege their answers to Paragraphs 1 through 52 of the Plaintiffs' Complaint and incorporate them herein by reference.

54. The Defendants deny the allegations contained in Paragraph 54.

55. The Defendants deny the allegations contained in Paragraph 55.

56. The Defendants deny the allegations contained in Paragraph 56.

WHEREFORE, Corporate Receivables, Inc. and Eric Turner, pray that his Court:

    a. Enter judgment for the Defendants on this Count;

    b. Award the Defendants its costs to bring this action, including attorneys fees; and

    c. Grant any furthe relief as this Court may find just and proper.

## COUNT II

57. The Defendants restate and reallege their answers to Paragraphs 1 through 56 of the Plaintiffs' Complaint and incorporate them herein by reference.

58. The Defendants deny the allegations contained in Paragraph 58.

59. The Defendants deny the allegations contained in Paragraph 59.

60. The Defendants admit the allegations contained in Paragraph 60.

61. The Defendants deny the allegations contained in Paragraph 61.

62. The Defendants admit the allegations contained in Paragraph 62.

63. The Defendants deny the allegations contained in Paragraph 63.

WHEREFORE, Corporate Receivables, Inc. and Eric Turner, pray that this Court:

  a. Enter judgment for the Defendants on this Count;

  b. Award the Defendants its costs to bring this action, including attorneys fees; and

  c. Grant any furthe relief as this Court may find just and proper.

### COUNT III

64. The Defendants restate and reallege their answers to Paragraphs 1 through 63 of the Plaintiffs' Complaint and incorporate them herein by reference.

65. The Defendants deny the allegations contained in Paragraph 65.

66. The Defendants deny the allegations contained in Paragraph 66.

WHEREFORE, Corporate Receivables, Inc. and Eric Turner, pray that this Court:

  a. Enter judgment for the Defendants on this Count;

  b. Award the Defendants its costs to bring this action, including attorneys fees; and

  c. Grant any furthe relief as this Court may find just and proper.

**DEFENDANTS DEMAND A JURY TRIAL ON ALL ISSUES SO TRIABLE.**

## AFFIRMATIVE DEFENSE

### FIRST AFFIRMATIVE DEFENSE

The Complaint fail to state a claim for which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

The Defendants have acted at all times in good faith, reasonably and justifiably.

### FOURTH AFFIRMATIVE DEFENSE

The Defendants state that the Plaintiffs are estopped from asserting a breach of contract claim.

### FIFTH AFFIRMATIVE DEFENSE

The Defendants state that the Plaintiffs' action is brought in violation of the applicable statute of frauds.

### SIXTH AFFIRMATIVE DEFENSE

The Defendants state that any amounts due to the Plaintiffs are subject to offset.

### SEVENTH AFFIRMATIVE DEFENSE

The Defendants state that the Plaintiffs failed to perform their obligation and therefore the Defendants performance is excused.

### EIGHTH AFFIRMATIVE DEFENSE

The Defendants state that the Plaintiffs have waived any and all claims which are asserted in their Complaint and they are estopped to assert and recover upon such claims.

## NINTH AFFIRMATIVE DEFENSE

The Defendants state that the acts of the Plaintiffs, their servants or agents were the cause of the damages alleged in the Plaintiffs' Complaint and therefore the Plaintiffs are not entitled to recover against the Defendants.

## TENTH AFFIRMATIVE DEFENSE

The Defendants state that the Plaintiffs' claims are barred by the Doctrine of Unclean Hands.

## ELEVENTH AFFIRMATIVE DEFENSE

The Defendants state that the Plaintiffs claims must fail due to the Plaintiffs failure to mitigate their damages.

## TWELTH AFFIRMATIVE DEFENSE

The Defendants reserve their right to add such other affirmative defenses that may become apparent as a result of further proceedings in this matter.

Respectfully submitted,
The Plaintiff,
Corporate Receivables, Inc. and Eric Turner,
By their Attorney,

ADAM J. BASCH, ESQ.
BACON & WILSON, P.C.
33 State Street
Springfield, MA 01103
Ph: (413) 781-0560
Fax: (413) 739-7740
BBO# 655482
July 23, 2004

## CERTIFICATE OF SERVICE

I, ADAM J. BASCH, hereby certify that on the 26 day of July, 2004, I caused a copy of the foregoing to be served upon all interested parties by mailing a copy thereof, postage prepaid, first class mail to:

Jason David Fregeau, Esq.
47 Lincoln Road
Longmeadow, MA 01106

_____
ADAM J. BASCH

334303