IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| DAVID FRENCH, | : | 04-30094-MAP |
| TAMMY FRENCH, | : | |
|     Plaintiffs | : | |
| | : | |
|     v. | : | |
| | : | |
| CORPORATE RECEIVABLES, INC., | : | |
| ERIC TURNER, | : | |
|     Defendants | : | |

_____

Joint Statement

_____

Pursuant to Federal Rules of Civil Procedure 16 & 26 and Local Rule 16.1, the parties submit the following statement:

### I. Proposed Agenda

1. Discussion of the facts and the law.
2. Settlement.
3. The scheduling of pre-trial and dispositive motions.

### II. Magistrate Judge

There is not unanimous consent to plenary magistrate jurisdiction.

### III. Settlement

Plaintiffs presented a written settlement proposal to Defendants on April 4, 2004. Defendants rejected the offer and made no monetary counteroffer.

### IV. Discovery Plan

The parties agree that phased discovery might be appropriate.

The parties present the following agreed schedule, subject to approval by the Court:

(1) Initial disclosures will be made by November 12, 2004.

(1) Initial written discovery to be served on or before February 10, 2005.

(2) All fact discovery, including depositions, but not including expert witness discovery, to be completed on or before June 8, 2005.

(3) Plaintiffs do not anticipate calling an expert witness unless to rebut any expert called by Defendants.

(4) Defendants shall serve Plaintiffs with all expert witness identification(s) and report(s) pursuant to Rule 26(a)(2) on or before June 8, 2005.

(5) Expert discovery completed by August 8, 2005.

### V. Certification

The certifications required by Local Rule 16.1(d)(3)(a) & (b) will be filed on or before the scheduling conference.

Respectfully submitted,

/s/ Jason David Fregeau
_____
Jason David Fregeau,
Attorney for Plaintiffs

/s/ Adam J. Basch
_____
Adam J. Basch,
Attorney for Defendants

## Certificate of Service

I certify that a copy of the foregoing Joint Statement has been served by e-mail upon Defendants' counsel at 33 State Street, Springfield, MA 01103, this 4th day of October, 2004.

/s/ Jason David Fregeau
_____
Jason David Fregeau, Esq.