FROM : CORPORATE RECEIVABLES INC    FAX NO. : 6027498889    Oct. 06 2004 10:04AM P4

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT

CIVIL ACTION NO. 04-30094-MAP

| | |
|---|---|
| DAVID FRENCH,<br>TAMMY FRENCH,<br><br>      Plaintiffs<br>vs.<br><br>CORPORATE RECEIVABLES, INC.,<br>ERIC TURNER,<br><br>      Defendants | RULE 16 CERTIFICATION |

      This is to certify that Eric Turner has conferred with a view towards establishing a budget for the costs of conducting a full trial in the above-captioned case, and various alternative courses. The undersigned has further discussed the possibility of resolving this litigation through the use of alternative dispute resolution programs. Further information needs to be developed before it can be determined whether this case is appropriate for settlement, ADR or full litigation.

Dated: 10/6/04

Eric Turner
AKA: Erik Masters

Respectfully submitted,
The Defendants,
Corporate Receivables, Inc. and Eric Turner,
By their Attorney,

_____
ADAM J. BASCH, ESQ.
BACON & WILSON, P.C.
33 State Street
Springfield, MA 01103
Ph: (413) 781-0560
Fax: (413) 739-7740
BBO# 655482
October 4, 2004

## CERTIFICATE OF SERVICE

I, ADAM J. BASCH, hereby certify that on the 6 day of October, 2004, I caused a copy of the foregoing to be served upon all interested parties by mailing a copy thereof, postage prepaid, first class mail to:

Jason David Fregeau, Esq.
47 Lincoln Road
Longmeadow, MA 01106

_____
ADAM J. BASCH

334303