FILED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30094-MAP

SCANNED

DAVID FRENCH,
TAMMY FRENCH,

          Plaintiffs

VS.

CORPORATE RECEIVABLES, INC.,
ERIC TURNER,

          Defendants

RULE 16 CERTIFICATION

This is to certify that Bruce Davis , President of Corporate Receivables, Inc.

has conferred with a view towards establishing a budget for the costs of conducting a

full trial in the above-captioned case, and various alternative courses. The undersigned

has further discussed the possibility of resolving this litigation through the use of

alternative dispute resolution programs. Further information needs to be developed

before it can be determined whether this case is appropriate for settlement, ADR or full

litigation.

Dated: _____10/6/04_____

_____Bruce Davis_____
_____, President_____
Corporate Receivables, Inc.

Respectfully submitted,
The Defendants,
Corporate Receivables, Inc. and Eric Turner,
By their Attorney,

_____
ADAM J. BASCH, ESQ.
BACON & WILSON, P.C.
33 State Street
Springfield, MA 01103
Ph: (413) 781-0560
Fax: (413) 739-7740
BBO# 655482
October 4, 2004

## CERTIFICATE OF SERVICE

I, ADAM J. BASCH, hereby certify that on the 6 day of October, 2004, I caused a copy of the foregoing to be served upon all interested parties by mailing a copy thereof, postage prepaid, first class mail to:

Jason David Fregeau, Esq.
47 Lincoln Road
Longmeadow, MA 01106

_____
ADAM J. BASCH