UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID FRENCH and )
TAMMY FRENCH, )
       Plaintiffs )
)
v. )  Civil Action No. 04-30094-MAP
)
)
CORPORATE RECEIVABLES, INC. )
and ERIC TURNER, )
       Defendants )

SCHEDULING ORDER
October 13, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference yesterday:

1. The parties shall complete their automatic disclosures by November 12, 2004.

2. All written discovery shall be completed by March 31, 2005.

3. Non-expert depositions shall be completed by June 8, 2005.

4. Counsel shall appear for a case management conference on June 13, 2005, at 2:00 a. m. in Courtroom Three.

5. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by June 8, 2005.

6. All expert depositions shall be completed by August 8, 2005.

       IT IS SO ORDERED.

                                   /s/ Kenneth P. Neiman
                                   KENNETH P. NEIMAN
                                   U.S. Magistrate Judge

Case 3:04-cv-30094-MAP     Document 9     Filed 10/13/2004     Page 2 of 2