IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

FILED

| | | |
|---|---|---|
| DAVID FRENCH, | : | 04-30094-MAP |
| TAMMY FRENCH, | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| CORPORATE RECEIVABLES, INC.. | : | |
| ERIC TURNER, | : | |
| Defendants | : | |

---

### Plaintiffs' Certifications

---

Plaintiff David and Tammy French certify that they have conferred with their attorney concerning:

(a) the budget for the costs of conducting the full course and various alternative courses of this litigation, and

(b) the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


David French


Tammy French

Respectfully submitted,

Jason David Fregeau,
Trial Attorney (0055426)

47 Lincoln Road
Longmeadow, MA 01106
413/567-2461
413/567-2932 fax

Attorney for Plaintiff


## Certificate of Service

I certify that a copy of the foregoing Plaintiff's Certifications has been served by United States Mail, postage prepaid, upon Defendants' attorney, Adam J. Basch, 33 State Street, Springfield, MA 01103, this 14th day of October, 2004.

Jason David Fregeau, Esq.