UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30094-MAD

DAVID FRENCH,
TAMMY FRENCH,

        Plaintiffs

vs.

CORPORATE RECEIVABLES, INC.,
ERIC TURNER,

        Defendants

**DEFENDANTS' OPPOSITION TO THE PLAINTIFFS' MOTION TO COMPEL**

      NOW COMES the Defendants, Corporate Receivables, Inc. and Eric Turner, and hereby oppose the Plaintiffs' Motion to Compel for the reasons stated in the Defendants' Memorandum of Law filed herewith.

      Respectfully submitted,
The Plaintiff,
Corporate Receivables, Inc. and Eric Turner,
By their Attorney,

_____
ADAM J. BASCH, ESQ.
BACON & WILSON, P.C.
33 State Street
Springfield, MA 01103
Ph: (413) 781-0560
Fax: (413) 739-7740
BBO# 655482
March 30, 2005

BACON & WILSON, P.C.
ATTORNEYS AT LAW

33 STATE STREET
SPRINGFIELD, MA 01103
TELEPHONE (413) 781-0560
FAX (413) 739-7740

9 CHAPEL STREET
WESTFIELD, MA 01085
TELEPHONE (413) 562-9607
FAX (413) 562-7589

351 PLEASANT STREET
NORTHAMPTON, MA 01060
TELEPHONE (413) 584-3250
FAX (413) 586-0548

334 ELLA GRASSO TURNPIKE
WINDSOR LOCKS, CT 06096
TELEPHONE (860) 623-6482
FAX (860) 654-1948

## CERTIFICATE OF SERVICE

I, ADAM J. BASCH, hereby certify that on the 31st day of March, 2005, I caused a copy of the foregoing to be served upon all interested parties by mailing a copy thereof, postage prepaid, first class mail to:

Jason David Fregeau, Esq.
47 Lincoln Road
Longmeadow, MA 01106

_____
ADAM J. BASCH

375958