

## BACON & WILSON
P.C.

**ATTORNEYS AT LAW**

MICHAEL S. RATNER
PAUL R. SALVAGE
GARY L. FIALKY
MICHAEL B. KATZ
PAUL H. ROTHSCHILD
STEPHEN N. KREVALIN
HYMAN G. DARLING
MARK J. BEGLANE
GARY G. BRETON
MICHAEL J. COYNE
KENNETH J. ALBANO
RICHARD A. CORBERT
ROBERT S. MURPHY, JR.
PHILIP R. SMITH
FRANCIS R. MIRKIN
DONNA L. WEXLER
MICHELLE M. BEGLEY*
MARTIN C. DUNN*
JULIE A. DIALESSI-LAFLEY*
GINA M. BARRY*
JUSTIN H. DION*
ADAM J. BASCH**
BENJAMIN M. COYLE
BRETT A. KAUFMAN
TODD C. RATNER
HARLEY M. SACKS**
MARK A. TANNER**
*ADMITTED ALSO IN CT
**ADMITTED ALSO IN NY

OF COUNSEL
ELIZABETH A. GINTER

RETIRED
PHILIP C. SMITH
JAMES M. SWEENEY

GEORGE A. BACON
(1869-1945)
PETER D. WILSON
(1908-1989)
JUSTIN COHEN
(1913-1987)
JAY A. GABRIEL
(1960-2004)

33 STATE STREET
SPRINGFIELD, MA 01103-2003
FAX (413) 739-7740
TELEPHONE (413) 781-0560

9 CHAPEL STREET
WESTFIELD, MA 01085-3009
FAX (413) 562-0548
TELEPHONE (413) 562-6611

31 TRUMBULL ROAD
NORTHAMPTON, MA 01060-3036
FAX (413) 584-0453
TELEPHONE (413) 584-1287

www.bacon-wilson.com

June 14, 2005

**VIA HAND DELIVERY**

United States District Court for the District of Massachusetts
Clerk's Office
Attn. Judge Kenneth P. Neiman
Federal Building and Courthouse
1550 Main Street, Fifth Floor
Springfield, MA  01103

**RE:**  *David French and Tammy French v. Corporate Receivables, Inc. and Eric Turner*
*U.S. District Court for the District of Massachusetts*
*Civil Action No. 04-30094-MAP*

Dear Judge Neiman:

Please allow me the opportunity to apologize to you, and by copy of this correspondence to Attorney Fregeau, for failing to appear at the Case Management Conference scheduled for June 13, 2005 at 2:00 P.M.  Due to my own negligent conduct, the conference was not placed in my calendar.  As such, I was out of the country when the clerk's office graciously telephoned yesterday to inform my office about conference.

I humbly request that the Court not Default or sanction my client for my failure, as blame should be placed solely on me.  I believe it is a privilege to be allowed to appear in your Court, and I can assure you, my future conduct will reflect this.

Thank you for your time and attention to this matter and I apologize for the inconvenience I have caused.

Sincerely,

Adam J. Basch

AJB/jal
30192.002
390986
cc:    Jason David Fregeau, Esq.