UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID FRENCH and TAMMY )
FRENCH, )
                Plaintiffs )
)
v. ) Civil Action No. 04-30094-MAP
)
)
CORPORATE RECEIVABLES, INC., )
ERIC TURNER, )
                Defendants )

## SCHEDULING ORDER
June 13, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1.    By June 22, 2005, Defendants' counsel shall explain to the court in writing his absence here today.

IT IS SO ORDERED.

                                            /s/ Kenneth P. Neiman
                                            KENNETH P. NEIMAN
                                            U.S. Magistrate Judge