```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS

DAVID FRENCH, ET AL,         )
          Plaintiffs         )
                             )
     v.                      ) CIVIL ACTION NO. 04-30094-MAP
                             )
CORPORATE RECEIVABLES, INC., )
ET AL,                       )
          Defendants         )
```

FINAL SCHEDULING ORDER

September 14, 2005

PONSOR, D.J.

Counsel appeared before this court for a final pretrial conference on September 12, 2005. Based on counsel's representations, the court orders as follows:

    1. Trial in this matter will commence on January 17, 2006 at 10:00 a.m. Counsel will appear that day at 9:00 a.m. for a conference prior to commencement of jury selection.

    2. All motions in _limine_, proposed _voir dire_ questions and proposed jury instructions will be filed no later than January 10, 2006.

    3. The court has set aside three days for trial, assuming trial days from 9:00 a.m. to 1:00 p.m. If counsel agree to waive jury, the court will be notified promptly.

    It is So Ordered.

                                      /s/ Michael A. Ponsor
                                      MICHAEL A. PONSOR
                                      United States District Judge