IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| DAVID FRENCH, | : | 04-30094-MAP |
| TAMMY FRENCH, | : | |
|       Plaintiffs | : | |
| | : | |
|       v. | : | |
| | : | |
| CORPORATE RECEIVABLES, INC., | : | |
| ERIC TURNER, | : | |
|       Defendants | : | |

_____

Plaintiffs' Requested Verdict Sheet

_____


Pursuant to Federal Rule of Civil Procedure 49, Plaintiffs David and Tammy French respectfully request that the following Verdict Sheet be given to the jury to complete in the course of deliberations. Note that the verdict sheet includes interrogatories regarding Chapter 93A. Trial courts can choose to (a) let the jury find the facts for all claims, (b) reserve all aspects of the Chapter 93A claim for the court, or (c) ask the jury for non-binding advisory findings. Chamberlyne School v. Banker, 30 Mass. App. Ct. 346, 354 (1991). Should the Court exercise discretion and involve the jury in the Chapter 93A claims, the additions below will facilitate the Court's decision.


page 1

<u>Verdict Sheet</u>

1) By the preponderance of the evidence, did the Defendants violate the federal Fair Debt Collection Practices Act?

_____ Yes          _____ No

Signed:

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

**[Answer Number 2 only if you answered "yes" to Number 1]**

2) Set forth the amount of FDCPA statutory damages to be paid by the Defendants to the Plaintiffs: $_____ (must be between $0 and $1000 inclusive).

Signed:

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

3) By the preponderance of the evidence, did the Defendants violate Chapter 93A, the Massachusetts Consumer Protection Act?

_____ Yes          _____ No

Signed:

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

**[Answer Number 4 only if you answered "yes" to Number 3]**

   4) By the preponderance of the evidence, were the Defendants'
violations of Chapter 93A willful or knowing?

   _____ Yes          _____ No

Signed:

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

**[If you answered "Yes" to any one of 1 or 3, then answer 5 and 6.
If you answered "no" to both questions 1 and 3, then stop.]**

5) Set forth the amount of actual damages to be paid by the
Defendants to Plaintiff Tammy French: $_____

Signed:

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

6) Set forth the amount of actual damages to be paid by the Defendants to Plaintiff David French: $_____

Signed:

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

**[If you answered "Yes" to 4 above, then answer 7. If you answered "no" to 4, then stop.]**

7) Should the Plaintiffs' actual damages, if any, be doubled or trebled? Please choose <u>one</u>:

_____ No multiplier        _____ Doubled        _____ Trebled

Signed:

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

Respectfully submitted,


/s/ Jason David Fregeau


Jason David Fregeau,
Trial Attorney (565657)

47 Lincoln Road
Longmeadow, MA 01106
413/567-2461
413/567-2932 fax

Attorney for Plaintiffs


<u>Certificate of Service</u>

I certify that a copy of the foregoing Plaintiffs' Requested Verdict Sheet has been served by electronic means upon Defendants' attorney, Adam J. Basch, 33 State Street, Springfield, MA 01103, this 10th day of January, 2006.


/s/ Jason David Fregeau

_____

Jason David Fregeau, Esq.


page 9