```
              IN THE UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
                      WESTERN DIVISION

DAVID FRENCH,                         :     04-30094-MAP
TAMMY FRENCH,                         :
         Plaintiffs                   :
                                      :
         v.                           :
                                      :
CORPORATE RECEIVABLES, INC.,          :
ERIC TURNER,                          :
         Defendants                   :
```
_____

         Plaintiffs' Requested *Voire Dire* Questions
_____


   Plaintiff David and Tammy French request, in addition to the Court's usual questions, the following *voire dire* questions:


   1) Does any juror know any other juror?


   2) Has any juror, or the relative or close friend of any juror, worked for a collection agency or collection attorney?


   3) Has any juror, or the relative or close friend of any juror, been contacted by a collection agency or collection

page 1

attorney?

4) Would any juror be unable to award actual damages for emotional distress even if the law and the evidence warranted it?

5) Does any juror believe that only lawsuits with huge damages should be in court?

                                      Respectfully submitted,

                                      /s/ Jason David Fregeau

                                      Jason David Fregeau,
                                      Trial Attorney (565657)

                                      47 Lincoln Road
                                      Longmeadow, MA 01106
                                      413/567-2461
                                      413/567-2932 fax

                                      Attorney for Plaintiffs

### Certificate of Service

I certify that a copy of the foregoing Plaintiffs' Requested *Voire Dire* Questions has been served by electronic means upon Defendants' attorney, Adam J. Basch, 33 State Street, Springfield, MA 01103, this 10th day of January, 2006.

                                      /s/ Jason David Fregeau

                                      _____
                                      Jason David Fregeau, Esq.