UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30094-MAD

| | |
|---|---|
| DAVID FRENCH,<br>TAMMY FRENCH,<br><br>   Plaintiffs<br>vs.<br><br>CORPORATE RECEIVABLES, INC.,<br>ERIC TURNER,<br><br>   Defendants | **DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS** |

NOW COMES the Defendants, Corporate Receivables, Inc., and Eric Turner, and respectfully requests that the venire in the above captioned matter be asked the following proposed questions:

1. Have you, your relatives or friends ever had a debt collected, or attempted to be collected, from a debt collection agency?

2. In your opinion, have you, your relatives or friends ever been harassed by an individual or entity attempting to collect a debt?

3. Have you, your relatives or friends ever had any business dealing with the Defendants?

4. Have you, your relatives or friends ever perceive themselves to be the victim of an unfair debt collection practice?

5. If you are chosen as a juror, do you know of any reason why you cannot sit as an impartial juror on a case involving an alleged unfair debt collection practice?

Respectfully submitted,
The Defendants,
Corporate Receivables, Inc.
and Eric Turner,
By their Attorney,

/s/Adam J. Basch
ADAM J. BASCH, ESQ.
BACON & WILSON, P.C.
33 State Street
Springfield, MA 01103
Ph:  (413) 781-0560
Fax:  (413) 739-7740
BBO# 655482
January 11, 2006

**CERTIFICATE OF SERVICE**

I, ADAM J. BASCH, hereby certify that on the 11th day of January, 2006, I caused a copy of the foregoing to be served upon all interested parties via Pacer:

Jason David Fregeau, Esq.
47 Lincoln Road
Longmeadow, MA 01106

/s/ Adam J. Basch
ADAM J. BASCH

428587