UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30094-MAD

| | |
|---|---|
| DAVID FRENCH,<br>TAMMY FRENCH,<br><br>           Plaintiffs<br>vs.<br><br>CORPORATE RECEIVABLES, INC.,<br>ERIC TURNER,<br><br>           Defendants | **DEFENDANTS' PROPOSED JURY INSTRUCTIONS AND REQUESTED VERDICT SHEET** |

NOW COMES the Defendants, Corporate Receivables, Inc., and Eric Turner, and respectfully requests that the venire in the above captioned matter requests the following modification to the Jury Instructions and Verdict Sheet.

1. Delete Plaintiff's Requested Instruction: FDCPA Purpose.

2. Delete second paragraph of Plaintiff's Requested Instruction: FDCPA statutory Damages.

3. Delete all of Plaintiff's Requested Instructions dealing with M.G.L. c. 93A.

4. Delete Plaintiff's Requested Verdict Questions 3, 4, and 7.

                    Respectfully submitted,
                    The Defendants,
                    Corporate Receivables, Inc.
                    and Eric Turner,
                    By their Attorney,

                         /s/ Adam J. Basch
                    ADAM J. BASCH, ESQ.
                    BACON & WILSON, P.C.
                    33 State Street
                    Springfield, MA 01103
                    Ph: (413) 781-0560
                    Fax: (413) 739-7740
                    BBO# 655482
                    January 11, 2006

## CERTIFICATE OF SERVICE

    I, ADAM J. BASCH, hereby certify that on the 11th day of January, 2006, I caused a copy of the foregoing to be served upon all interested parties via Pacer:

Jason David Fregeau, Esq.
47 Lincoln Road
Longmeadow, MA 01106

                                      /s/ Adam J. Basch
                                    ADAM J. BASCH

428711