*Filed in Court 1/19/06*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30094-MAD

| | |
|---|---|
| DAVID FRENCH,<br>TAMMY FRENCH,<br><br>             Plaintiffs<br>vs.<br><br>CORPORATE RECEIVABLES, INC.,<br>ERIC TURNER,<br><br>             Defendants | **DEFENDANTS' MOTION FOR<br>DIRECTED VERDICT** |

NOW COMES the Defendants, Corporate Receivables, Inc., and Eric Turner, and pursuant to the provisions of Rule 50(a) of the Massachusetts Rules of Civil Procedure, hereby requests that the Court enter a Directed Verdict in favor of the Defendants on all counts of the Plaintiffs' Complaint. As reasons therefore, the Plaintiffs state as follows:

1. The Plaintiffs have failed to produce any evidence that the Defendants violated the FDCPA.

2. The Plaintiffs have failed to produce any evidence that the Defendants violated M.G.L. c. 93A.

3. The Plaintiffs have failed to produce any evidence that they suffered severe emotional distress.

WHEREFORE, the Plaintiff prays that the Court:

1. Enter a Directed Verdict in Favor of the Defendants on Count I of the Plaintiffs' Complaint.

2. Enter a Directed Verdict in Favor of the Defendants on Count II of the Plaintiffs' Complaint.

*ALLOWED as to common law claims and otherwise DENIED.*

*Michael A. Ponsor USDJ 1·19·06*

3. Enter a Directed Verdict in Favor of the Defendants on Count III of the Plaintiffs' Complaint.

                              Respectfully submitted,
                              The Defendants,
                              Corporate Receivables, Inc.
                              and Eric Turner,
                              By their Attorney

_____
ADAM J. BASCH, ESQ.
BACON & WILSON, P.C.
33 State Street
Springfield, MA 01103
Ph: (413) 781-0560
Fax: (413) 739-7740
BBO# 655482
January 18, 2006