UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


DAVID FRENCH and TAMMY FRENCH, )
        Plaintiffs     )
                            )
                            )
    v.                       )  CIVIL ACTION NO. 04-30094-MAP
                            )
CORPORATE RECEIVABLES, INC. and )
ERIC TURNER,               )
        Defendants     )


**SPECIAL VERDICT FORM**

January 20, 2006

    We, the jury, unanimously respond to the following questions:

    1. Has the plaintiff David French proven by a preponderance of the evidence that defendants Eric Turner and Corporate Receivables, Inc. violated the Fair Debt Collection Practice Act in their communications with him?



    ✓
   Yes                               No

    2. Has the plaintiff Tammy French proven by a preponderance of the evidence that defendants Eric Turner and Corporate Receivables, Inc. violated the Fair Debt Collection Practice Act in their communications with her?

    ✓
   Yes                               No

    3. If you answered "Yes" to Question 1, what is the amount of damages that will fairly and reasonably compensate plaintiff David French for the defendants' violation of the Fair Debt Collection Practice Act?



    statutory damages $1000.00
(in words)

$ __1000__ . __00__
(in figures)


4. If you answered "Yes" to Question 2, what is the amount of damages that will fairly and reasonably compensate plaintiff Tammy French for the defendants' violation of the Fair Debt Collection Practice Act?

__NONE__
(in words)

$ __0__ . ____
(in figures)



__Frank Branighi__                              __1-20-06__
     Foreperson                                    Date



2