UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSET

DAVID and TAMMY FRENCH      )
                            )
            v.              )   C.A. 04-30094-MAP
                            )
CORPORATE RECEIVABLES, INC.,  )
and ERIC TURNER             )

ORDER PROHIBITING POST-VERDICT
CONTACT WITH JURORS

January 20, 2006

PONSOR, D.J.

In implementation of the holding of the Court of Appeals

for the First Circuit in United States v. Kepreos, 759 F.2d

961 (1st Cir. 1985), it is hereby Ordered:

That no counsel, litigant herein, or their
agents, shall have any post-verdict contact or
discussion of any kind with any member of the jury
in the above-entitled matter, except under the
supervision of this court as indicated by a prior
written order of this court authorizing such
contact. Violation of this Order shall result in
consideration of the imposition of sanctions upon
any offending party.

Any counsel or litigant who becomes aware of any
such contact or attempted contact shall forthwith
report the same to this court, in writing, setting
forth all known facts with respect thereto.

It is So Ordered.

_____
MICHAEL A. PONSOR
U. S. District Judge