UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


DAVID & TAMMY FRENCH,,
          Plaintiff(s)


          v.                                      CIVIL ACTION:  04-30094-MAP


CORPORATE RECEIVABLES, INC.,
AND ERIC TURNER,
          Defendant(s)


## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;


X     **Jury Verdict.**  This action came before the court for a trial by jury.  The issues
      have been tried and the jury has rendered its verdict.

      **Decision by the Court.**  This action came to trial or hearing before the Court.
      The issues have been tried or heard and a decision has been rendered.

### IT IS  ORDERED AND ADJUDGED

      JUDGMENT entered for the plaintiffs against the defendants for violations of the
Fair Debt Collection Practice Act with damages awarded to David French in the amount
of $1,000.00 and $0.00  to Tammy French.

      JUDGMENT for the plaintiffs against the defendants for violation of Chapter 93A
with damages awarded to David French in the amount of $1,000.00 and $25.00 to
Tammy French.

Approved as to form: _____
                      U.S. District Judge

                                      SARAH A. THORNTON,
                                      CLERK OF COURT

Dated: January 25, 2006                By /s/ John C. Stuckenbruck
                                          Deputy Clerk