```
           IN THE UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
                   WESTERN DIVISION
```

| | | |
|---|---|---|
| DAVID FRENCH, | : | 04-30094-MAP |
| TAMMY FRENCH, | : | |
|     Plaintiffs | : | |
| | : | |
|     v. | : | |
| | : | |
| CORPORATE RECEIVABLES, INC., | : | |
| ERIC TURNER, | : | |
|     Defendants | : | Affidavit |

_____

State of Massachusetts
County of Hampden, SS:

L. Jed Berliner, Esquire, being first duly sworn upon oath, deposes and says:

1. I am making this affidavit based upon personal knowledge, and I am competent to testify in the matters stated below. I am making this affidavit in support of Plaintiff's application for fees, expenses, and costs in the above captioned matter.

2. I have focused my practice in the areas of bankruptcy, commercial litigation, creditors' rights and debtor's remedies since 1982, having generally practiced since 1977. I established my Springfield, Massachusetts, practice in 1988.

3. I have served as an adjunct professor at Western New England College School of Law. My professional memberships have included the Hampden County, Hampshire County, Franklin County and

Massachusetts Bar Associations (Chair, Rules of Court Committee, 1989-1990), plus the Commercial Law League of America, the American Bankruptcy Institute, and the National Association of Consumer Bankruptcy Attorneys (Speaker, 2004 and 2005 Annual Conferences).

4. My hourly rate is $255 and has been since January 1, 2004. For extraordinary matters, my rate is $350.

5. I am familiar with Attorney Jason David Fregeau and his practice, which focuses on the difficult area of consumer law.

6. Attorney Fregeau's rate of $200 per hour is typical (if not low) for attorneys with his level of experience practicing consumer law in the various state and federal courts in Springfield, Massachusetts.

Further affiant sayeth naught.

Signed under the pains and penalties of perjury on this 1st day of February, 2006.

/s/ L. Jed Berliner
_____
L. Jed Berliner, Esquire