```
           IN THE UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
                   WESTERN DIVISION
```

| | | |
|---|---|---|
| DAVID FRENCH, | : | 04-30094-MAP |
| TAMMY FRENCH, | : | |
|     Plaintiffs | : | |
| | : | |
|     v. | : | |
| | : | |
| CORPORATE RECEIVABLES, INC., | : | |
| ERIC TURNER, | : | |
|     Defendants | : | Affidavit |

_____

State of Massachusetts
County of Hampden, SS:

Steven R. Weiner, Esq., being first duly sworn upon oath, deposes and says:

1. I am making this affidavit based upon personal knowledge, and I am competent to testify in the matters stated below. I am making this affidavit in support of Plaintiff's application for fees, expenses, and costs in the above captioned matter.

2. I am an attorney in Springfield, Massachusetts, and I am admitted to the Massachusetts bar. I am intimately familiar with the courts and the practitioners in the Springfield area, having practiced in state and federal courts for over twenty years.

3. My usual rate is $215 per hour. Other practitioners in the Springfield area charge $235 per hour.

4. I am familiar with Attorney Jason David Fregeau and his practice, which focuses on the difficult area of consumer law.

5. Attorney Fregeau's rate of $200 per hour is typical (if not low) for attorneys with his level of experience practicing consumer law in the various state and federal courts in Springfield, Massachusetts.

Further affiant sayeth naught.

Signed under the pains and penalties of perjury on this 2d day of February, 2006.

                                              /s/ Steven R. Weiner

                                              _____

                                              Steven R. Weiner, Esq.