**Jason David Fregeau**
Attorney at Law
47 Lincoln Road
Longmeadow, MA 01106
413/567-2461
*Also admitted in Ohio*

3/7/2004

February 3, 2006            <u>Client Hours Report</u>

    case    560        (CRI)

  client    248        David & Tammy French

| date | time | description |
|---|---|---|
| Feb 23, 2004 | 1.3 | Conference with the Frenches concerning problems with debt collector and Household Bank. |
| Feb 27, 2004 | 0.4 | Prepare letter to the Frenches concerning engagement. |
| Mar 4, 2004 | 0.2 | Telephone conference with D.French concerning status. |
| Mar 4, 2004 | 0.1 | Left message for Mr. Turner at CRI concerning representation for all alleged debts. |
| Mar 5, 2004 | 0.1 | Telephone conference with debt collector concerning debt; d/c threatened to tell creditor to send monthly statements only to me. |
| Mar 8, 2004 | 0.2 | Telephone conference with D.French concerning status. |
| Mar 29, 2004 | 1.8 | Prepare draft demand letter and letter to the Frenches concerning same. |
| Apr 4, 2004 | 0.2 | Telephone conference with D.French concerning status. |
| May 12, 2004 | 1.3 | Prepare complaint. |
| May 14, 2004 | 0.4 | Serve complaint. |
| May 14, 2004 | 0.1 | Prepare letter to the Frenches concerning filed complaint. |
| Jun 9, 2004 | 0.1 | Telephone conference with Defendants' counsel concerning complaint. |
| Jun 23, 2004 | 0.1 | Telephone conference with Defendant's counsel concerning his intent to send waivers of service "soon". |
| Jul 19, 2004 | 0.1 | Telephone conference with Defendants' counsel concerning deadline for complaint. |
| Jul 21, 2004 | 0.1 | Left message for A.Bosch concerning filing answer by July 30. |
| Aug 11, 2004 | 0.3 | Review answer and send letter to the Frenches concerning same. |
| Aug 12, 2004 | 0.2 | Telephone conference with T.French concerning status. |
| Aug 16, 2004 | 0.1 | Telephone conference with CRI concerning demand for payment; notified Defendant of pending lawsuit and their representation by local counsel. |

| Date | Hours | Description |
|---|---|---|
| Aug 18, 2004 | 0.1 | Telephone conference with CRI concerning demand for payment; notified Defendant again of lawsuit and their representation by local counsel. |
| Sep 2, 2004 | 0.3 | Prepare draft joint statement and letter to Defendants' counsel concerning same. |
| Oct 4, 2004 | 0.1 | Telephone conference with Defendants' counsel concerning joint statement. |
| Oct 4, 2004 | 0.1 | Prepare draft joint statement. |
| Oct 9, 2004 | 0.2 | Prepare certification and letter to the Frenches concerning same. |
| Oct 9, 2004 | 0.1 | Telephone conference with D.French concerning status. |
| Oct 12, 2004 | 0.9 | Attend scheduling conference (includes .5 travel time). |
| Oct 14, 2004 | 0.1 | Prepare letter to Defendants' counsel concerning signed certifications. |
| Nov 11, 2004 | 0.3 | Prepare Rule 26 disclosures. |
| Nov 11, 2004 | 0.1 | Prepare letter to Defendants' counsel concerning disclosures and discovery requests. |
| Nov 11, 2004 | 0.3 | Prepare discovery requests to Defendants. |
| Nov 11, 2004 | 0.1 | Telephone conference with Defendants' counsel concerning Defendants' disclosures. |
| Dec 6, 2004 | 0.4 | Telephone conference with the Frenches concerning status. |
| Dec 7, 2004 | 0.1 | Prepare letter to Defendants' counsel concerning settlement. |
| Jan 3, 2005 | 0.1 | Prepare letter to Defendants' counsel concerning discovery. |
| Jan 5, 2005 | 0.1 | Telephone conference with Defendants' counsel concerning discovery. |
| Jan 12, 2005 | 0.1 | Telephone conference with Defendants' counsel concerning settlement. |
| Jan 19, 2005 | 0.1 | Telephone conference with Defendants' counsel concerning settlement. |
| Feb 7, 2005 | 1.4 | Prepare letter to Defendants' counsel concerning issues with Defendants' discovery responses. |
| Feb 8, 2005 | 0.1 | Telephone conference with T.French concerning status. |
| Feb 11, 2005 | 0.1 | Telephone conference with T.French concerning status. |
| Feb 24, 2005 | 0.1 | Left message for Defendants' counsel. |
| Mar 8, 2005 | 0.1 | Telephone conference with Defendants' counsel concerning discovery. |
| Mar 17, 2005 | 1.0 | Prepare motion to compel and letter to Defendants' counsel concerning same. |
| Apr 17, 2005 | 0.5 | Prepare letter to Defendants' counsel concerning depositions. |
| Apr 26, 2005 | 0.1 | Telephone conference with A.Basch concerning whereabouts of Defendants' discovery responses. |
| May 6, 2005 | 0.2 | Telephone conference with A.Basch concerning discovery. |

| Date | Hours | Description |
|---|---|---|
| May 6, 2005 | 1.5 | Prepare subpoena to AT&T. |
| May 6, 2005 | 0.9 | Prepare notice of depositions. |
| May 9, 2005 | 0.3 | Telephone conference with court reporters concerning depositions. |
| May 9, 2005 | 0.3 | Prepare notice of depositions and letter to A.Basch concerning same. |
| May 9, 2005 | 0.6 | Prepare subpoena of Nichols and cover to process server concerning same. |
| May 18, 2005 | 0.1 | Telephone conference with A.Basch concerning depositions. |
| May 19, 2005 | 0.5 | Decide airline reservations, hotel, and car rental. |
| May 27, 2005 | 0.1 | Prepare modified subpoena to Household. |
| May 30, 2005 | 0.2 | Prepare amended notice of deposition and letter to A.Basch concerning same. |
| May 31, 2005 | 0.1 | Telephone conference with court reporter concerning start time for depositions. |
| Jun 3, 2005 | 5.0 | Travel to Arizona. |
| Jun 3, 2005 | 5.5 | Attend depositions. |
| Jun 4, 2005 | 5.0 | Travel from Arizona. |
| Jun 15, 2005 | 0.2 | Telephone conference with F.Manna concerning telephone records. |
| Jun 15, 2005 | 0.2 | Telephone conference with AT&T subpoena services concerning telephone records. |
| Jun 15, 2005 | 0.2 | Prepare new subpoena to AT&T. |
| Jun 15, 2005 | 0.2 | Prepare notice of subpoena and letter to A.Basch concerning same. |
| Jul 27, 2005 | 0.1 | Telephone conference with AT&T concerning response to subpoena. |
| Aug 1, 2005 | 2.0 | Review Defendants' telephone records provided by AT&T. |
| Aug 16, 2005 | 0.1 | Telephone conference with scheduling clerk concerning lack of notice of final pretrial conference. |
| Aug 17, 2005 | 0.9 | Prepare chart of timing of calls as noted by all sources -- AT&T records, collection notes, and Ogleby e-mail. |
| Aug 24, 2005 | 0.1 | Left message for A.Basch. |
| Aug 30, 2005 | 2.2 | Prepare final pretrial statement. |
| Aug 30, 2005 | 0.7 | Telephone conference with T.French concerning status. |
| Aug 30, 2005 | 0.1 | Telephone conference with court reporter concerning whereabouts of transcripts. |
| Sep 12, 2005 | 0.2 | Telephone conference with T.French concerning status. |
| Sep 12, 2005 | 1.0 | Prepare for final pretrial conference. |

| Date | Hours | Description |
|---|---|---|
| Sep 12, 2005 | 1.0 | Attend final pretrial conference (includes .5 travel time). |
| Sep 13, 2005 | 0.5 | Telephone conference with T.French concerning status. |
| Sep 13, 2005 | 0.1 | Prepare letter to the Frenches concerning status. |
| Dec 19, 2005 | 0.2 | Prepare letter to Defendants concerning settlement proposal. |
| Dec 19, 2005 | 0.3 | Telephone conference with T.French concerning status. |
| Dec 23, 2005 | 0.1 | Telephone conference with Defendants' counsel concerning settlement. |
| Dec 29, 2005 | 0.1 | Telephone conference with T.French concerning status. |
| Jan 4, 2006 | 3.2 | Prepare jury instructions. |
| Jan 5, 2006 | 3.5 | Prepare witness exams. |
| Jan 7, 2006 | 4.2 | Meeting with the Frenches and their witnesses (includes 2 hours travel time). |
| Jan 9, 2006 | 0.1 | Left message for A.Basch concerning AT&T records. |
| Jan 9, 2006 | 0.8 | Prepare motion in limine and voire dire questions. |
| Jan 9, 2006 | 3.7 | Prepare jury instructions. |
| Jan 10, 2006 | 0.2 | Prepare jury instructions. |
| Jan 10, 2006 | 0.1 | Telephone conference with A.Basch concerning termination as Defendants' counsel. |
| Jan 10, 2006 | 0.2 | File proposed voire dire questions, trial brief, jury instructions, verdict sheet, and motion in limine. |
| Jan 10, 2006 | 0.2 | Prepare trial brief. |
| Jan 11, 2006 | 0.1 | Left message for the Frenches. |
| Jan 12, 2006 | 0.2 | Telephone conference with T.French concerning status. |
| Jan 13, 2006 | 0.1 | Telephone conference with D.French concerning status. |
| Jan 13, 2006 | 2.5 | Prepare witness exams. |
| Jan 14, 2006 | 5.0 | Prepare witness exams. |
| Jan 14, 2006 | 8.0 | Prepare witness exams. |
| Jan 17, 2006 | 1.0 | Attend hearing concerning motions to withdraw and to continue (includes .5 travel time). |
| Jan 17, 2006 | 0.3 | Telephone conference with T.French concerning status. |
| Jan 17, 2006 | 0.1 | Telephone conference with D.French concerning status. |
| Jan 18, 2006 | 2.0 | Prepare for trial (change cross examinations to accommodate reading from depositions). |
| Jan 18, 2006 | 5.0 | Attend trial (includes .5 travel time). |

| Date | Hours | Description |
|---|---|---|
| Jan 18, 2006 | 0.5 | Conference with the Frenches concerning status. |
| Jan 19, 2006 | 5.0 | Attend trial (includes .5 travel time). |
| Jan 20, 2006 | 5.0 | Attend trial (includes .5 travel time). |
| Jan 26, 2006 | 1.2 | Prepare research concerning standards for award of fees, expenses, and costs. |
| Jan 31, 2006 | 5.5 | Prepare fee application. |
| Feb 1, 2006 | 0.3 | Prepare fee application. |
| Feb 3, 2006 | 0.4 | Prepare fee application. |

total hours   103.30    case rate   $200    case hourly?  Yes    fees due this report   $20,660.00