**Jason David Fregeau**
Attorney at Law
47 Lincoln Road
Longmeadow, MA 01106
413/567-2461
*Also admitted in Ohio*

3/7/2004

January 31, 2006                     Client Costs Report

  case 560  (CRI)

  client 248  David & Tammy French

| date | amount | description |
|---|---|---|
| Feb 27, 2004 | $0.37 | Postage. |
| Feb 27, 2004 | $0.40 | Photocopies. |
| Mar 29, 2004 | $0.20 | Photocopies. |
| Mar 29, 2004 | $0.60 | Postage. |
| Apr 4, 2004 | $2.00 | Photocopies. |
| Apr 4, 2004 | $5.80 | Postage. |
| May 11, 2004 | $6.80 | Photocopies. |
| May 11, 2004 | $3.04 | Postage. |
| May 13, 2004 | $150.00 | Federal court filing fee. |
| May 14, 2004 | $10.80 | Photocopies. |
| May 14, 2004 | $7.83 | Postage. |
| Jul 8, 2004 | $0.37 | Postage. |
| Aug 11, 2004 | $1.80 | Photocopies. |
| Aug 11, 2004 | $0.60 | Postage. |
| Oct 9, 2004 | $0.20 | Photocopies. |
| Oct 9, 2004 | $0.74 | Postage. |
| Oct 14, 2004 | $1.00 | Photocopies. |
| Oct 14, 2004 | $0.74 | Postage. |
| Nov 11, 2004 | $1.52 | Postage. |
| Nov 11, 2004 | $5.00 | Photocopies. |
| Mar 18, 2005 | $14.40 | Photocopies. |

| Date | Amount | Description |
|---|---|---|
| Mar 18, 2005 | $3.04 | Postage. |
| May 6, 2005 | $5.34 | Postage. |
| May 6, 2005 | $2.40 | Photocopies. |
| May 9, 2005 | $100.36 | Witness fees. |
| May 9, 2005 | $0.97 | Postage. |
| May 9, 2005 | $1.20 | Photocopies. |
| May 20, 2005 | $402.40 | Airline Tickets. |
| May 27, 2005 | $0.37 | Postage. |
| May 27, 2005 | $0.20 | Photocopies. |
| Jun 3, 2005 | $5.49 | Breakfast. |
| Jun 3, 2005 | $44.43 | Dinner. |
| Jun 3, 2005 | $2.49 | Gasoline. |
| Jun 3, 2005 | $18.00 | Taxi. |
| Jun 3, 2005 | $29.73 | Car rental. |
| Jun 4, 2005 | $32.00 | Parking. |
| Jun 4, 2005 | $17.00 | Taxi. |
| Jun 4, 2005 | $99.74 | Hotel. |
| Jun 4, 2005 | $3.95 | Breakfast. |
| Jun 4, 2005 | $8.76 | Breakfast. |
| Jun 13, 2005 | $2.25 | Parking. |
| Jun 15, 2005 | $150.00 | Witness fees. |
| Jun 15, 2005 | $3.27 | Postage. |
| Jun 15, 2005 | $2.80 | Photocopies. |
| Jun 15, 2005 | $831.00 | Deposition transcription. |
| Sep 12, 2005 | $2.25 | Parking. |
| Sep 13, 2005 | $2.40 | Photocopies. |
| Sep 13, 2005 | $0.83 | Postage. |
| Jan 17, 2006 | $2.25 | Parking. |
| Jan 17, 2006 | $26.15 | Binders and Tabs. |
| Jan 17, 2006 | $17.80 | Photocopies. |
| Jan 18, 2006 | $8.25 | Parking. |

| | | |
|---|---|---|
| Jan 19, 2006 | $8.25 | Parking. |
| Jan 20, 2006 | $9.75 | Parking. |

total costs   $2,059.33            costs due now?   Yes            costs due this report   $2,059.33