UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30094-MAD

| | |
|---|---|
| DAVID FRENCH,<br>TAMMY FRENCH,<br><br>        Plaintiffs<br>vs.<br><br>CORPORATE RECEIVABLES, INC.,<br>ERIC TURNER,<br><br>        Defendants | **OFFER OF JUDGMENT** |

    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the Defendants, Corporate Receivables, Inc. and Eric Turner, offer to allow judgment to enter against them for Two Thousand Five Hundred and 00/100 ($2,500.00) Dollars.

                                                  Respectfully submitted,
                                                  The Plaintiff,
                                                  Corporate Receivables, Inc. and Eric Turner,
                                                  By their Attorney,

                                                  _____
                                                  ADAM J. BASCH, ESQ.
                                                  BACON & WILSON, P.C.
                                                  33 State Street
                                                  Springfield, MA 01103
                                                  Ph: (413) 781-0560
                                                  Fax: (413) 739-7740
                                                  BBO# 655482
                                                  December 2, 2004