UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  04-30094-MAD

DAVID FRENCH,
TAMMY FRENCH,

Plaintiffs

vs.

**OFFER OF JUDGMENT**

CORPORATE RECEIVABLES, INC.,
ERIC TURNER,

Defendants

Pursuant to <u>Rule 68 of the Federal Rules of Civil Procedure</u>, the Defendants, Corporate Receivables, Inc. and Eric Turner, offer to allow judgment to enter against them for Three Thousand Nine Hundred ($3,900) Dollars.

Respectfully submitted,
The Plaintiff,
Corporate Receivables, Inc. and Eric Turner,
By their Attorney,

ADAM J. BASCH, ESQ.
BACON & WILSON, P.C.
33 State Street
Springfield, MA 01103
Ph: (413) 781-0560
Fax: (413) 739-7740
BBO# 655482
February 25, 2005

BACON & WILSON, P.C.
ATTORNEYS AT LAW
33 STATE STREET
SPRINGFIELD. MA 01103
TELEPHONE (413) 781-0560
FAX (413) 739-7740

9 CHAPEL STREET
WESTFIELD, MA 01085
TELEPHONE (413) 562-9607
FAX (413) 562-7589

351 PLEASANT STREET
NORTHAMPTON. MA 01060
TELEPHONE (413) 584-3250
FAX (413) 586-0548

334 ELLA GRASSO TURNPIKE
WINDSOR LOCKS. CT 06096
TELEPHONE (860) 623-6482
FAX (860) 654-1948