**Jason David Fregeau**
Attorney at Law
47 Lincoln Road
Longmeadow, MA 01106
Tel 413/567-2461
Fax 413/567-2932
*Also admitted in Ohio*

December 7, 2004

<u>By Facsimile</u>

Adam J. Basch, Esq.
Bacon & Wilson PC
33 State Street
Springfield, MA 01103

Re: <u>French v. Corporate Receivables, Inc., et al.</u>

Dear Mike:

   I have received Defendants' $2500 offer of judgment in the above matter. The Frenches have instructed me to counteroffer for $7500 plus $500 for a confidentiality clause in the release if desired by Defendants. This offer is negotiable. Please note that my fees, expenses, and costs are currently approximately $2200 and will continue to accumulate throughout this litigation.

   Thank you for your attention. Should you have any questions, please feel free to contact me.

                                            Sincerely,

                                            /s/

                                            Jason David Fregeau, Esq.