AO450 (Rev. 5/85) Judgement in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF

| | |
|---|---|
| DAVID FRENCH<br>TAMMY FRENCH<br>V.<br>CORPORATE RECEIVABLES, INC | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number:   04-30094-MAP |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Pursuant to the Memorandum and Order entered on February 23, 2006:

Attorney's fees, expenses and costs awarded to plaintiff in the amount of $2,500.00

| MARCH 2, 2006 | SARAH THORNTON |
|---|---|
| Date | Clerk |
| | *(signature)*<br>(By) Deputy Clerk |