IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| DAVID FRENCH, | : | 04-30094-MAP |
| TAMMY FRENCH, | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| CORPORATE RECEIVABLES, INC., | : | |
| ERIC TURNER, | : | |
| Defendants | : | |

Plaintiffs' Notice of Appeal to the United States Court of Appeals

Notice is hereby given that David and Tammy French, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on the 2d day of March, 2006.

Respectfully submitted,

Jason David Fregeau,
Trial Attorney (565657)

47 Lincoln Road
Longmeadow, MA 01106
413/567-2461
413/567-2932 fax

Attorney for Plaintiffs