## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USDC Docket Number : 04-cv-30094

David French, et al

v.

Corporate Receivables, Inc., et al

### **CLERK'S CERTIFICATE**

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-38 plus exhibits

and contained in Volume(s) I are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  3/16/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 27, 2006.

Sarah A Thornton, Clerk of Court

By: _____

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __3/27/06__ .

_____

Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06