APPEAL

# United States District Court
## District of Massachusetts (Springfield)
### CIVIL DOCKET FOR CASE #: 3:04-cv-30094-MAP

French et al v. Corporate Receivables, Inc. et al
Assigned to: Judge Michael A Ponsor
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 05/13/2004
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**David French**  represented by  **Jason D Fregeau**
47 Lincoln Road
Longmeadow, MA 01106
413-567-2461
Fax: 413-567-2932
Email: jasonrissa@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



**Plaintiff**

**Tammy French**  represented by  **Jason D Fregeau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Corporate Receivables, Inc.**  represented by  **Adam J. Basch**
Bacon & Wilson, P.C.
33 State St.
Springfield, MA 01103
413-781-0560
Fax: 413-739-7740
Email: abasch@bacon-wilson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eric Turner**  represented by  **Adam J. Basch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/13/2004 | 1 | COMPLAINT by David French and Tammy French filed. Filing fee of $150.00 paid. Receipt number 305616. CF, LR 4.1, notice of lawsuit and waiver of service of summons to Counsel.(Finn, Mary) (Entered: 05/13/2004) |
| 07/09/2004 | 2 | WAIVER OF SERVICE Returned Executed by Corporate Receivables, Inc. waiver sent on 5/14/2004, answer due 7/13/2004. (Lindsay, Maurice) (Entered: 07/09/2004) |
| 08/02/2004 | 3 | ANSWER to Complaint by Corporate Receivables, Inc., and Eric Turner. (Lindsay, Maurice) (Entered: 08/02/2004) |
| 09/01/2004 | 4 | Judge Michael A Ponsor : ORDER entered REFERRING CASE to Magistrate Judge Kenneth P. Neiman Referred for: full pretrial case management, not including dispositive motions and a Rule 16 scheduling conf.(Finn, Mary) Additional attachment(s) added on 9/1/2004 (Finn, Mary). (Entered: 09/01/2004) |
| 09/01/2004 | 5 | NOTICE of Scheduling Conference Scheduling Conference set for 10/12/2004 at 10:00 AM in Courtroom 3 before Magistrate Kenneth P. Neiman; cc/cl. (Finn, Mary) (Entered: 09/01/2004) |
| 10/04/2004 | 6 | JOINT STATEMENT of counsel. (Fregeau, Jason) (Entered: 10/04/2004) |
| 10/08/2004 | 7 | CERTIFICATE OF CONSULTATION by Adam J. Basch on behalf of Eric Turner. (Lindsay, Maurice) (Entered: 10/08/2004) |
| 10/08/2004 | 8 | CERTIFICATE OF CONSULTATION by Adam J. Basch on behalf of Corporate Receivables, Inc. (Lindsay, Maurice) (Entered: 10/08/2004) |
| 10/12/2004 |   | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Fregeau and Basch) appear for Initial Scheduling Conference held on 10/12/2004. Colloquy re: status of matter. Scheduling Order to issue. (Court Reporter Digital Recording.) (Healy, Bethaney) (Entered: 10/12/2004) |
| 10/13/2004 | 9 | Judge Kenneth P. Neiman : SCHEDULING ORDER entered. The parties shall complete their automatic discl. by 11/12/2004. All written discovery to be completed by 3/31/2005. Non-expert depos. to be completed by 6/08/2005. Counsel shall appear for a Case Management Conf. set for 6/13/2005 at 02:00 PM in Courtroom 3 before Magistrate Kenneth P. Neiman. Defts' shall designate and disclose info. re: trial experts by 6/08/2005. All Expert depos. to be completed by 8/8/2005; cc/cl.(Finn, Mary) (Entered: 10/13/2004) |
| 10/15/2004 | 10 | CERTIFICATE OF CONSULTATION by Jason D Fregeau on behalf of David French, and Tammy French. (Lindsay, Maurice) (Entered: 10/15/2004) |
| 03/01/2005 | 11 | Offer of Judgment filed. (Healy, Bethaney) (Entered: 03/09/2005) |
| 03/21/2005 | 12 | MOTION to Compel by David French, Tammy French. (Attachments: # |

| | | |
|---|---|---|
| | | 1 Exhibits)(Lindsay, Maurice) (Entered: 03/21/2005) |
| 03/31/2005 | 13 | Defts' Opposition to the Pltfs' 12 MOTION to Compel by Corporate Receivables, Inc., Eric Turner filed. (Finn, Mary) (Entered: 03/31/2005) |
| 03/31/2005 | 14 | Defts' MEMORANDUM in Opposition to the Pltfs' 12 MOTION to Compel by Corporate Receivables, Inc., Eric Turner filed. (Finn, Mary) (Entered: 03/31/2005) |
| 04/04/2005 | | Judge Kenneth P. Neiman : Electronic ORDER entered granting in part and denying in part 12 Plaintiffs' Motion to Compel as follows: Document Request Nos. 7 and 10 DENIED as moot; Request No. 9 DENIED as overly broad; Request No. 13 ALLOWED; Request No. 14 ALLOWED insofar as Plaintiffs seek the names and addresses of employees who had any role in the collection of a debt from Plaintiffs, but otherwise DENIED; Request No. 18 DENIED; Interrogatory Nos. 5, 12 and 21 ALLOWED: Interrogatory Nos. 8, 11, 18 and 22 DENIED; Interrogatory No. 10 DENIED as moot; and Interrogatory No 14 ALLOWED as to Defendant Turner, but otherwise DENIED. The supplemental answers and documents are to be provided/produced by April 15, 2005. So ordered. (Neiman, Kenneth) (Entered: 04/04/2005) |
| 06/13/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Atty Fregeau) appear for Case Management Conference held on 6/13/2005. Counsel for Defendant does not appear. Scheduling Order to issue. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 06/13/2005) |
| 06/14/2005 | 15 | Letter/request (non-motion) from Adam J. Basch re: failure to appear in court, filed. (Healy, Bethaney) (Entered: 06/14/2005) |
| 06/24/2005 | 16 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER: Defts' counsel to explain to court in writing his absence from court on 6/13/05 by 6/22/05. (Healy, Bethaney) (Entered: 06/24/2005) |
| 08/16/2005 | | Notice to Counsel: The Pretrial Conference set in open court on 6/13/05 for 8/25/05 at 3:00 p.m. before Judge Ponsor has been continued to 9/12/05 at 2:30 p.m. A Pretrial Order shall issue to counsel for the submission of pretrial memos (French, Elizabeth) (Entered: 08/16/2005) |
| 08/16/2005 | 17 | Judge Michael A Ponsor : ORDER entered. PROCEDURAL ORDER re pretrial/trial Final Pretrial Conference set for 9/12/2005 ar 02:30 PM in Courtroom 1 before Judge Michael A Ponsor; cc/cl.(Finn, Mary) (Entered: 08/16/2005) |
| 08/19/2005 | | Case no longer referred to Magistrate Judge Kenneth P. Neiman. Case had originally been referred for full pretrial management, excluding dispositive motions. Original referral is terminated this day for statistical purposes. (Healy, Bethaney) (Entered: 08/19/2005) |
| 09/07/2005 | 18 | JOINT STATEMENT of counsel. (Fregeau, Jason) (Entered: 09/07/2005) |
| 09/07/2005 | 19 | Amended JOINT STATEMENT of counsel. (Fregeau, Jason) (Entered: 09/07/2005) |

| | | |
|---|---|---|
| 09/12/2005 | | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor : Final Pretrial Conference held on 9/12/2005. Jury Trial set for 1/17/2006 09:00 AM in Courtroom 1 before Judge Michael A Ponsor. Pre-trial motions, requests for jury instructions and proposed voir dire questions to be filed by 1/10/06. (Court Reporter Alice Moran.) (Stuckenbruck, John) (Entered: 09/13/2005) |
| 09/14/2005 | 20 | Judge Michael A Ponsor : FINAL SCHEDULING ORDER entered: All motions in limine, proposed voir dire questions and proposed jury instructions due by 1/10/2006, and Trial in this matter will commence on 1/17/2006 at 10:00 AM in Courtroom 1 before Judge Michael A Ponsor. See the attached scheduling order for complete details. cc/cl(Lindsay, Maurice) (Entered: 09/14/2005) |
| 01/10/2006 | 21 | Proposed Jury Instructions by David French, Tammy French. (Fregeau, Jason) (Entered: 01/10/2006) |
| 01/10/2006 | 22 | Proposed Jury Verdict by David French, Tammy French. (Fregeau, Jason) (Entered: 01/10/2006) |
| 01/10/2006 | 23 | Proposed Voir Dire by David French, Tammy French. (Fregeau, Jason) (Entered: 01/10/2006) |
| 01/10/2006 | 24 | TRIAL BRIEF by David French, Tammy French. (Fregeau, Jason) (Entered: 01/10/2006) |
| 01/11/2006 | 25 | Proposed Voir Dire by Corporate Receivables, Inc., Eric Turner. (Basch, Adam) (Entered: 01/11/2006) |
| 01/11/2006 | 26 | Proposed Jury Instructions by Corporate Receivables, Inc., Eric Turner. (Basch, Adam) (Entered: 01/11/2006) |
| 01/11/2006 | 27 | Ex Parte MOTION to Withdraw as Attorney *for the Defendants*, Emergency MOTION for Protective Order by Corporate Receivables, Inc., Eric Turner.(Basch, Adam) Additional attachment(s) added on 1/11/2006 (Finn, Mary). Additional attachment(s) added on 2/9/2006 (Finn, Mary). (Entered: 01/11/2006) |
| 01/11/2006 | 28 | AFFIDAVIT in Support re 27 Ex Parte MOTION to Withdraw as Attorney *for the Defendants*Emergency MOTION for Protective Order. (Basch, Adam) Additional attachment(s) added on 2/9/2006 (Finn, Mary). (Entered: 01/11/2006) |
| 01/11/2006 | 29 | AFFIDAVIT in Support re 27 Ex Parte MOTION to Withdraw as Attorney *for the Defendants*Emergency MOTION for Protective Order. (Basch, Adam) Additional attachment(s) added on 2/9/2006 (Finn, Mary). (Entered: 01/11/2006) |
| 01/11/2006 | | NOTICE TO COUNSEL of Hearing on Motion 27 Ex Parte MOTION to Withdraw as Attorney *for the Defendants*Emergency MOTION for Protective Order: Trial shall be put over one day to 1/18/06 in order for the Motion to be heard and a decision rendered by the Court - MOTION HEARING SET for 1/17/2006 10:00 AM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 01/11/2006) |

| Date | Doc | Description |
|---|---|---|
| 01/17/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor : Motion Hearing held on 1/17/2006 re 27 Ex Parte MOTION to Withdraw as Attorney *for the Defendants*Emergency MOTION for Protective Order filed by Eric Turner,, Corporate Receivables, Inc.,. Motion denied - Trial shall go forward on Wednesday, 1/18/06 at 9:00 a.m. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 01/17/2006) |
| 01/17/2006 | | Judge Michael A Ponsor : Electronic ORDER entered denying 27 Motion to Withdraw as Attorney., denying 27 Motion for Protective Order Trial shall go forward on 1/18/06 (French, Elizabeth) (Entered: 01/17/2006) |
| 01/18/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor : Conference w/counsel prior to jury selection. Jury Selection held on 1/18/2006. Jury of eight impaneled and sworn. Jury Trial held on 1/18/06. Opening statements of counsel. Pltfs.' evidence begins. Court recesses @ 1:00 PM until 8:45 AM, 1/19/06. (Court Reporter Sarah Mubarek.) (Stuckenbruck, John) (Entered: 01/20/2006) |
| 01/19/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor : Jury Trial held on 1/19/2006. 2nd day. Conference w/counsel. Plts.' evidence resumes. Conference w/court re: exhibits, depositions, stipulations. Pltfs. rest. Defts. move for judgment as a matter of law. Motion granted in part, denied in part. Defts. rest. Court recesses until 9:00 AM, 1/20/06. (Court Reporter Alice Moran.) (Stuckenbruck, John) (Entered: 01/20/2006) |
| 01/19/2006 | 30 | MOTION for Judgment as a Matter of Law filed in court after completion of pltfs' evidence by Corporate Receivables, Inc., Eric Turner.(Stuckenbruck, John) (Entered: 01/20/2006) |
| 01/19/2006 | | Judge Michael A Ponsor : endorsedORDER entered after oral order in courtgranting in part as to common law claims and denying in part 30 Motion for Judgment as a Matter of Law. (Stuckenbruck, John) (Entered: 01/20/2006) |
| 01/20/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor : Jury Trial held on 1/20/2006. 3rd day. Conference w/counsel re: verdict form. Closing arguments of counsel. Court's instructions on the law. Counsel's objections to instructions. Jury begins deliberations @ 11:00 AM. Jury delivers question to court @ 12:10 PM. Court confers w/counsel then answers question in open court. Jury resumes deliberations. Jury returns verdict @ 1:30 PM. Jury finds for David French and awards damages of $1,000.00. Jury finds for Tammy French and awards no damages. Jury discharged. Court finds Chapter 93A violation and awards $1,000.00 damages to David French and $25.00 to Tammy French. Motion for atty's fees to be filed with fifteen days. (Court Reporter Alice Moran.) (Stuckenbruck, John) (Entered: 01/23/2006) |
| 01/20/2006 | | Clerk's Notes for proceedings held before Judge Michael A Ponsor : Jury Trial completed on 1/20/2006. (Court Reporter Alice Moran.) (Stuckenbruck, John) (Entered: 01/23/2006) |

| | | |
|---|---|---|
| 01/20/2006 | 31 | JURY VERDICT in favor of plaintiffs against defendants. (Stuckenbruck, John) (Entered: 01/23/2006) |
| 01/20/2006 | 32 | Judge Michael A Ponsor : ORDER Prohibiting Contact With Jurors entered. (Stuckenbruck, John) (Entered: 01/23/2006) |
| 01/25/2006 | 33 | Judge Michael A Ponsor : JUDGMENT entered for the Pltfs' against the Defts' for violations of the Fair Debt Collection Practice Act with damages awarded to David French in the amount of $1,000.00 and $0.00 to Tammy French. JUDGMENT entered fot the Pltfs' against the Defts' for violation of Chapter 93A with damages awarded to David French in the amount of $1,000.00 and $25.00 to Tammy French; cc/cl.(Finn, Mary) (Entered: 01/25/2006) |
| 01/25/2006 | | Judge Michael A Ponsor : ENDORSED ORDER entered. re 33 Judgment - APPROVED as to form; cc//\cl. (Finn, Mary) (Entered: 01/25/2006) |
| 02/03/2006 | 34 | MOTION for Attorney Fees , *Expenses, and Costs* by David French, Tammy French. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8)(Fregeau, Jason) (Entered: 02/03/2006) |
| 02/09/2006 | | Notice of correction to docket made by Court staff. Correction: document #'s 27, [28, & 29 document was deleted and text remained the same. Corrected because: filings were filed ex parte and should not have been scanned. (Finn, Mary) (Entered: 02/09/2006) |
| 02/16/2006 | 35 | Opposition re 34 MOTION for Attorney Fees , *Expenses, and Costs* filed by Corporate Receivables, Inc.. (Basch, Adam) (Entered: 02/16/2006) |
| 02/23/2006 | 36 | Judge Michael A Ponsor : MEMORANDUM AND ORDER entered, Regarding Ptf's 34 Application for Attorney's fee, Expenses and Costs. See the attached memo & order for complete details. cc/cl(Lindsay, Maurice) (Entered: 02/24/2006) |
| 03/02/2006 | 37 | Judge Michael A Ponsor : Electronic ORDER entered. JUDGMENT on Attorney Fees. Fees awarded to Plaintiff in the amount of $2,500.00 (French, Elizabeth) (Entered: 03/02/2006) |
| 03/16/2006 | 38 | Pltfs' NOTICE OF APPEAL as to 37 Final Judgment on Attorney Fees by David French, Tammy French filed. Filing fee of $255.00 paid. Receipt numbre 306214. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/5/2006. (Finn, Mary) (Entered: 03/16/2006) |
| 03/16/2006 | | Original file and docket sheet forwarded to the Appeals Clerk. (Finn, Mary) (Entered: 03/16/2006) |