# United States Court of Appeals
## For the First Circuit

04-30094
USDC/MA-Sp
Ponsor, M.

No. 06-1533

DAVID FRENCH; TAMMY FRENCH,

Plaintiffs, Appellants,

v.

CORPORATE RECEIVABLES, INC.; ERIC TURNER,

Defendants, Appellees.



**JUDGMENT**

Entered: June 7, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: 6/29/07

By the Court:

*[signature]*
Richard Cushing Donovan, Clerk

[cc: Mr. Fregeau & Mr. Basch.]